GEORGE A. GUMBY, an Infant, by MARY T. CLAYTON, his Guardian ad Litem, Respondent, *v.* METROPOLITAN STREET RAILWAY COMPANY, Appellant.

*Gumby* v. *Metropolitan Street Ry. Co.*, 65 App. Div. 38, affirmed.
(Argued April 7, 1902; decided April 18, 1902.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered November 14, 1901, affirming a judgment in favor of plaintiff entered upon a verdict and an order denying a motion for a new trial.

*Charles F. Brown, Theodore H. Lord* and *Henry A. Robinson* for appellant.

*J. Brownson Ker* and *M. P. O'Connor* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: PARKER, Ch. J., BARTLETT, HAIGHT, MARTIN, VANN, CULLEN and WERNER, JJ.